MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6748
    Email: Alex.Tse@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL MILLAN,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK J. HAZUDA[1], Director, Nebraska Service Center; JEH JOHNSON, Secretary, U.S. Department of Homeland Security; ERIC HOLDER, JR., Attorney General of the United States,<br><br>    Defendants. | C 14-1730 NC<br><br>JOINT MOTION TO TRANSFER VENUE AND [~~PROPOSED~~] ORDER |

On April 15, 2014, Plaintiff filed the above-captioned complaint for a writ of mandamus seeking to compel Defendants to take action on Plaintiff's pending application for adjustment of status. The decision on the application in question was issued from the Sacramento Field Office. Accordingly, the

///

///

---

[1] Mark J. Hazuda is the Director of the Nebraska Service Center, and should replace Gregory W. Christian as the named defendant in this action.

JOINT MOTION TO TRANSFER VENUE
C14-1730 NC                1

1  parties hereby jointly move the Court to transfer this action to the Eastern District of California.

2                                                    Respectfully submitted,

3                                                    MELINDA HAAG
   United States Attorney

4  Dated: June 26, 2014

5                                                  _____/s/_____
   ALEX G. TSE
   Assistant United States Attorney
   Attorneys for Defendants

9  Dated:  June 26, 2014                         _____/s/_____
   JOSEPH J. SIGUENZA
   Attorney for Plaintiff

### [~~PROPOSED~~] ORDER

Pursuant to the joint motion of the parties, IT IS SO ORDERED.  This action is hereby transferred to the Eastern District of California.  The Clerk shall close the file.

Dated:  June 26, 2014                         _____
HONORABLE NATHANAEL M. COUSINS
United States Magistrate Judge

*GRANTED — Judge Nathanael M. Cousins*

JOINT MOTION TO TRANSFER VENUE
C14-1730 NC                         2